United States District Court
Southern District of New York

1:22-cv-00402

Kelly Williamson, individually and on behalf of all others similarly situated,

                              Plaintiff,

        - against -                                   Notice of Voluntary Dismissal

Dyla LLC,

                              Defendant

       Plaintiff gives notice that this action is voluntarily dismissed with prejudice. Fed. R. Civ.

P. 41(a)(1)(A)(i).

Dated:      February 10, 2022

                                        Respectfully submitted,

                                        Sheehan & Associates, P.C.
                                        /s/Spencer Sheehan
                                        Spencer Sheehan
                                        spencer@spencersheehan.com
                                        60 Cuttermill Rd Ste 409
                                        Great Neck NY 11021
                                        Tel: (516) 268-7080

**Certificate of Service**

I certify that on February 10, 2022, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☐ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan